**95–1537.** ALLTEL Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 94–2019–TP–ACE. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

RESNICK, J., not participating.

**95–2535.** Phillips v. Shiplevy. In Habeas Corpus. On return of writ. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**95–2560.** State ex rel. Lewis v. Collins. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY, COOK and STRATTON, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent and would grant an alternative writ.

**95–2658.** Comley v. Pub. Util. Comm. Public Utilities Commission, Nos. 94–590–TR–CSS and 94–593–TR–CSS. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–234.** Lawson v. Fed. Correctional Inst., Inc. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–300.** State ex rel. Aloi v. Cosgrove. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–303.** Walton v. Ghee. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–310.** Floyd v. State. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–318.** State ex rel. Liccardi v. Cross. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–364.** State ex rel. Kienzel v. Judges of the Seventh Dist. Court of Appeals. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–366.** State ex rel. Serow v. Reid. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–407.** Bragg v. Franklin Cty. Court of Common Pleas. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–476.** Aford v. Shiplevy. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.